COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER

Case number:           01-12-00743-CV

Style:                 In re Wydell Dixon, Relator

Original Proceeding on Petition for Writ of Mandamus from *Texas City Animal Control v. Wydell Dixon*, No. CV-0067387 in the County Court at Law No. 3 of Galveston County, Texas, the Hon. Christopher Dupuy, presiding.

This Court's August 23, 2012 stay of the proceedings below is lifted.

It is so **ORDERED**.

Judge's signature:   /s/ Sherry Radack
                     Acting individually

Date:   March 11, 2013